IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-02164-RPM

JAMES FRANKLIN on behalf of the
STATE OF COLORADO,

        Plaintiff,

v.

MERCK & CO., INC.,

        Defendant.

_____

ORDER OF RECUSAL
_____

    Because my wife is a stockholder of defendant Merck & Co., Inc., I must recuse myself from handling this case. It is therefore

    ORDERED that the Clerk shall reassign this case to another judge.

    DATED: October 30, 2006.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge