A CERTIFIED TRUE COPY

APR 18 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR 18 2007

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 18 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1657

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA,* JUDGES OF THE PANEL*

### TRANSFER ORDER

Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in 83 actions to vacate the Panel's orders conditionally transferring the actions listed on Schedule A to the Eastern District of Louisiana for inclusion in the Section 1407 proceedings occurring there in this docket. Merck & Co., Inc., favors inclusion of these actions in MDL-1657 proceedings.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Louisiana. Transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Any pending motions to remand to state court can be presented to and decided by the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of these actions is appropriate for the reasons expressed by the Panel in the original order directing centralization in this docket. In that order, the Panel held that the Eastern District of Louisiana was a proper Section 1407 forum for actions involving claims relating to Vioxx. *See In re Vioxx Products Liability Litigation*, 360 F.Supp.2d 1352 (J.P.M.L. 2005).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

CLERK'S OFFICE
A TRUE COPY
APR 23 2007
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

* Judges Motz and Scirica took no part in the decision of this matter.

## SCHEDULE A

<u>MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation</u>

                                                                                               EDLA
                                                                                               SEC. L/

      Eastern District of California

*Sheryl Churchman v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2479    07-2063
*Irene Lear v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2830    07-2064
*Allan J. English v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2833    07-2065

      Northern District of California

*Dolores Lee Tazmon v. Merck & Co., Inc., et al.*, C.A. No. 3:06-7455    07-2066

      Southern District of California

*Hermogenes Del Rosario v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2535    07-2067
*Maria Graham, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2536    07-2068
*Sandra Boardman, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2537    07-2069
*Lloyd Bell, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2538    07-2070
*Joseph Cornwall, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2539    07-2071
*Nancy Murphy v. Merck & Co., Inc., et al.*, C.A. No. 3:07-13    07-2072

      District of Colorado

*James Franklin, etc. v. Merck & Co., Inc.*, C.A. No. 1:06-2164    07-2073

      Southern District of Florida

*Kenneth Bowe, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14284    07-2074
*Jacob Avidon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14285    07-2075
*Veronica Clark-Atchinson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14287    07-2076
*Robin A. Curry v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14288    07-2077
*Lystine Fairweather, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14289    07-2078
*Mary Lee Hudson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14290    07-2079
*Walter Smith, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14291    07-2080
*Warren Young, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14292    07-2081
*Andrew Trax, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14293    07-2082
*Helen Spano, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14294    07-2083
*John Gumas v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14295    07-2084
*Darrell Duncan v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14296    07-2085
*James Ferguson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14297    07-2086
*Carol Morgan v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14298    07-2087

- A2 -

## MDL-1657 Schedule A (Continued)

EDLA SEC. L/3

### Southern District of Florida (Continued)

| Case | EDLA No. |
|---|---|
| *Patricia C. Putman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14299 | 07-2088 |
| *Donald L. Simons v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14300 | 07-2089 |
| *Donna Robinson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14301 | 07-2090 |
| *Gail Simmons v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80994 | 07-2091 |
| *Anita Finnegan v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80996 | 07-2092 |
| *Joseph Iuvara, et al. v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80997 | 07-2093 |
| *Thomas Erling v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80998 | 07-2094 |

### Southern District of Illinois

| Case | EDLA No. |
|---|---|
| *Sharon Calaway v. Merck & Co., Inc., et al.*, C.A. No. 3:06-870 | 07-2095 |
| *Sandra Kay Lindsey v. Merck & Co., Inc., et al.*, C.A. No. 3:06-883 | 07-2096 |
| *Steven Strader v. Merck & Co., Inc., et al.*, C.A. No. 3:06-896 | 07-2097 |
| *Patricia A. Taylor v. Merck & Co., Inc., et al.*, C.A. No. 3:06-948 | 07-2098 |

### District of Nevada

| Case | EDLA No. |
|---|---|
| *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1324 | 07-2099 |
| *Calvin Maestro, M.D., et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1325 | 07-2100 |
| *George Morris, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1326 | 07-2101 |
| *Estate of Mary Hoffman Williams, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1327 | 07-2102 |
| *George Mayfield, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1328 | 07-2103 |
| *Barbara Wyman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1329 | 07-2104 |

### Southern District of New York

| Case | EDLA No. |
|---|---|
| *Ali Ghanem v. Merck & Co., Inc., et al.*, C.A. No. 1:06-11419 | 07-2105 |

### District of South Carolina

| Case | EDLA No. |
|---|---|
| *Joyce R. Sanders, etc. v. Merck & Co., Inc., et al.*, C.A. No. 4:06-3225 | 07-2106 |

### Southern District of Texas

| Case | EDLA No. |
|---|---|
| *Juan Lizardi v. Merck & Co., Inc., et al.*, C.A. No. 1:06-176 | 07-2107 |
| *Maria G. Gonzalez v. Merck & Co., Inc., et al.*, C.A. No. 1:06-181 | 07-2108 |
| *San Juanita Mares Lejia, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-184 | 07-2109 |
| *Rosario Lechuga v. Merck & Co., Inc., et al.*, C.A. No. 2:06-478 | 07-2110 |
| *Divine Garcia v. Merck & Co., Inc., et al.*, C.A. No. 2:06-489 | 07-2111 |

- A3 -

## MDL-1657 Schedule A (Continued)

EDLA SEC. L/3

### Southern District of Texas (Continued)

| Case | EDLA No. |
|---|---|
| *Hortencia Garza, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-494 | 07-2112 |
| *Pedro Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 2:06-499 | 07-2113 |
| *John Blazier v. Merck & Co., Inc., et al.*, C.A. No. 3:06-721 | 07-2114 |
| *Evert Crump v. Merck & Co., Inc., et al.*, C.A. No. 3:06-723 | 07-2115 |
| *Richard Smith v. Merck & Co., Inc., et al.*, C.A. No. 3:06-724 | 07-2116 |
| *Vada Tolbert v. Merck & Co., Inc., et al.*, C.A. No. 4:06-3689 | 07-2117 |
| *Lynna J. Anderson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:06-114 | 07-2118 |
| *Lilian Murphree v. Merck & Co., Inc., et al.*, C.A. No. 7:06-303 | 07-2119 |
| *Juan R. Gonzalez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-319 | 07-2120 |
| *Adolfo De Leon v. Merck & Co., Inc., et al.*, C.A. No. 7:06-320 | 07-2121 |
| *Victor Saenz v. Merck & Co., Inc., et al.*, C.A. No. 7:06-321 | 07-2122 |
| *Francisca Villarreal, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:06-322 | 07-2123 |
| *Jose Zuniga v. Merck & Co., Inc., et al.*, C.A. No. 7:06-329 | 07-2124 |
| *Rodolfo Regalado v. Merck & Co., Inc., et al.*, C.A. No. 7:06-331 | 07-2125 |
| *Ludivina Pena v. Merck & Co., Inc., et al.*, C.A. No. 7:06-333 | 07-2126 |
| *Anita Salinas v. Merck & Co., Inc., et al.*, C.A. No. 7:06-334 | 07-2127 |
| *Alonzo Rivas v. Merck & Co., Inc., et al.*, C.A. No. 7:06-336 | 07-2128 |
| *Dora Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-337 | 07-2129 |
| *Julio Sierra v. Merck & Co., Inc., et al.*, C.A. No. 7:06-338 | 07-2130 |
| *Javier Trevino v. Merck & Co., Inc., et al.*, C.A. No. 7:06-340 | 07-2131 |
| *Marcelina Tijerina v. Merck & Co., Inc., et al.*, C.A. No. 7:06-341 | 07-2132 |
| *Maria De Leon v. Merck & Co., Inc., et al.*, C.A. No. 7:06-344 | 07-2133 |
| *Abdon Gonzalez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-345 | 07-2134 |
| *Maria Quintanilla v. Merck & Co., Inc., et al.*, C.A. No. 7:06-346 | 07-2135 |
| *Adriana Negrete v. Merck & Co., Inc., et al.*, C.A. No. 7:06-347 | 07-2136 |
| *Nora De Los Rios, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:06-357 | 07-2137 |

### Western District of Texas

| Case | EDLA No. |
|---|---|
| *Emil Kenneth Braune v. Merck & Co., Inc., et al.*, C.A. No. 1:06-848 | 07-2138 |
| *Marilyn Trent v. Merck & Co., Inc., et al.*, C.A. No. 1:06-858 | 07-2139 |
| *Charles Ray Garrett, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-859 | 07-2140 |
| *Shirley Ison, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-865 | 07-2141 |
| *Esther McConoghy v. Merck & Co., Inc., et al.*, C.A. No. 1:06-870 | 07-2142 |
| *Ruby Shaw v. Merck & Co., Inc., et al.*, C.A. No. 1:06-871 | 07-2143 |
| *Nathaniel Knight v. Merck & Co., Inc., et al.*, C.A. No. 1:06-901 | 07-2144 |
| *Selma Gonzalez, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:06-985 | 07-2145 |